FILED
CLERK, U.S. DISTRICT COURT

12/2/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___cd___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>PULEAGA PELE,<br><br>      Defendant. | ED CR No. 5:22-cr-00277-JGB<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The United States Attorney charges:

[18 U.S.C. § 922(a)(1)(A)]

Beginning on a date unknown and continuing through on or about November 4, 2022, in San Bernardino County, within the Central District of California, defendant PULEAGA PELE, not being a licensed

///

///

importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, namely, by selling firearms to purchasers in return for cash.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in the sole count of the Information.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)   All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

```
                              E. MARTIN ESTRADA
                              United States Attorney


                              SCOTT M. GARRINGER
                              Assistant United States Attorney
                              Chief, Criminal Division

                              JOANNA M. CURTIS
                              Assistant United States Attorney
                              Chief, Violent & Organized Crimes
                                 Section

                              JEFFREY M. CHEMERINSKY
                              BRUCE K. RIORDAN
                              Assistant United States Attorneys
                              Violent & Organized Crimes Section
```